# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GLEN FOLSOM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-21-952-D |
| | ) |
| RICK WARREN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

This case is before the Court for review of the Report and Recommendation [Doc. No. 34] issued May 4, 2022, by United States Magistrate Judge Amanda Maxfield Green pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). Upon initial screening of the Complaint as required by 28 U.S.C. § 1915A(a) and § 1915(e)(2)(B), Judge Green finds that Plaintiff has failed to state a plausible claim under 42 U.S.C. § 1983 against any defendant and that the action should be dismissed without prejudice to refiling.

The case file shows no objection to the Report and Recommendation, even though Plaintiff was granted an extension of time to object. The extended deadline expired June 24, 2022, with no relevant filing by Plaintiff.[1] Plaintiff was expressly informed of his right to object, the procedure for doing so, and the consequences of failing to object.

---

[1] Plaintiff made one filing after the Order of May 24, 2022, granting the extension, but the document titled, "Request for a Writ of Mandamus" [Doc. No. 39], has no apparent connection to the issues in this case. Plaintiff also made interim filings in other cases. *See Folsom v. Pottawatomie Cty. Courts*, Case No. CIV-22-201 (W.D. Okla. June 17, 2022); *Folsom v. Pottawatomie Cty. Courts*, No. 22-6090 (10th Cir. June 21, 2022).

Therefore, the Court finds that Plaintiff has waived further review of all issues addressed in the Report.  *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *see also United States v. 2121 East 30th Street*, 73 F.3d 1057, 1060 (10th Cir. 1996).  Further, for the reasons explained by Judge Green, the Court finds that this action should be dismissed without prejudice due to Plaintiff's failure to state a claim on which relief can be granted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation [Doc. No. 34] is **ADOPTED** in its entirety.  This action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) and § 1915(e)(2)(B)(ii).  A separate judgment of dismissal shall be entered.

**IT IS FURTHER ORDERED** that all pending motions [Doc. Nos. 10, 26 and 30] are **DENIED** as moot.

**IT IS SO ORDERED** this 7th day of July, 2022.

TIMOTHY D. DeGIUSTI
Chief United States District Judge